# United States District Court
## for the
## Eastern District of Arkansas
## Petition for Warrant for Offender Under Supervision

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 09 2012
JAMES W. McCORMACK
By: _____ DEP CLERK

Name of Offender: Torrence Deshawn Price     Case Number: 4:04CR00063-001 DPM

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
                                        United States District Judge

                                        Reassigned on November 7, 2012:
                                        Honorable D. P. Marshall Jr.
                                        United States District Judge

Offense:            Possession of a Firearm by a Convicted Person

Date of Sentence:   November 10, 2004

Sentence:           100 months Bureau of Prisons, 3 years supervised release, drug testing, substance abuse treatment, mental health treatment, and $100 special penalty assessment

Type of Supervision:   Supervised Release     Date Supervision Commenced: November 25, 2011
                                              Expiration Date: November 24, 2014

Asst. U.S. Attorney: Edward O. Walker     Defense Attorney: To be determined

U.S. Probation Officer: K. Kyle Estes
Phone No.: (501) 604-5284

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| General | **The defendant shall not commit another federal, state, or local crime.** <br> On October 31, 2012, Mr. Price was arrested by the Little Rock, Arkansas, Police Department for breaking or entering, theft of property, and possession of marijuana. Mr. Price is currently being held in the Pulaski County Detention Facility. Bond has been set at $25,000 in this matter. |
| Special | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** <br> Mr. Price failed to report for substance abuse treatment on July 31 and September 11, 2012. In addition, Mr. Price failed to report for drug testing on February 6, 2012. |

Name of Offender: Torrence Deshawn Price          Case Number: 4:04CR00063-001 DPM

| 2 | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** |
|---|---|

Mr. Price failed to submit monthly supervision report forms for the months of August, September, October, and November 2012.

It is requested that a warrant be issued and a revocation hearing held. Mr. Price was previously represented by defense attorney, Milton DeJesus. The Government is represented by Assistant U.S. Attorney Edward O. Walker. Mr. Price is currently incarcerated in the Pulaski County Detention Facility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 9, 2012

_____          _____
K. Kyle Estes                             for Edward O. Walker
U.S. Probation Officer                    Assistant U.S. Attorney

Date:  November 9, 2012                   Date:  November 9, 2012

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

KKE

c:  Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203