# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                   No. 4:04-cr-63-DPM

TORRENCE DESHAWN PRICE                                                      DEFENDANT

## REVOCATION SCHEDULING ORDER

The revocation hearing is set for **23 May 2013 at 1:30 p.m. in Courtroom B-155**. By **6 May 2013**, and the sooner the better, the parties must file a joint report answering these questions:

1. Are the petition's allegations contested or uncontested? If contested in any way, give specifics.

2. Is there any objection to any aspect of the Violation Memorandum, including the Advisory Guideline calculation? If so, provide specifics.

3. How long is needed for the hearing?

4. What witnesses will be called and what exhibits will be offered? Provide specific lists.

If the report is not submitted by the deadline, the hearing will be continued absent extraordinary circumstances.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

5 April 2013